UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MIGUEL TORRES,<br><br>   Plaintiff,<br><br>v.<br><br>ISMAIL PATEL, et.al.,<br><br>   Defendants. | Case No.: 1:18-cv-00188-LJO-SAB (PC)<br><br>ORDER GRANTING REQUEST FOR EXTENSION OF TIME TO FILE WAIVER OF SERVICE OF PROCESS<br><br>(ECF No. 26) |

Plaintiff Miguel Torres is appearing *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983.

On January 4, 2019, the Court found service of Plaintiff's First Amended Complaint appropriate, and required the California Department of Corrections and Rehabilitation ("CDCR") to file a Notice of E-Service Waiver within forty days of service of the order. (ECF No. 20.) CDCR filed the Notice of Intent to Waive Service on January 9, 2019, on behalf of Defendants Patel, Ulit, Manasrah, Spaeth, and Serda. (ECF No. 22.)

The Office of the Attorney General ("OAG") is then required to file a waiver of service of process for the defendants who are waiving service within thirty days. (*Id*. at ¶ 5.) Defendant Manasrah has since returned a waiver of service of process. (ECF No. 25.)

Currently before the Court is a request for an extension of time to file a waiver of service of process, made by the OAG through a special appearance. In support, an attorney employed by the OAG

1

declares that the OAG is working on determining whether it will be representing Defendants Patel, Ulit, Spaeth, and Serda in this matter, and can therefore file the waiver of service of process on their behalf. That work has not yet been completed. Accordingly, counsel requests an extension of the deadline until February 20, 2019 to file a waiver of service of process for those Defendants.

Good cause being shown, the request for an extension of time is HEREBY GRANTED. Fed. R. Civ. P. 4(d)(1)(F). Defendants Patel, Ulit, Spaeth, and Serda are granted a twenty-one-day extension of time, through and including February 20, 2019, to return a signed service waiver.

IT IS SO ORDERED.

Dated: **January 31, 2019**

UNITED STATES MAGISTRATE JUDGE