UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| MIGUEL TORRES,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>ISMAIL PATEL, et al.<br><br>　　　　　Defendants. | 1:18-cv-00188-LJO-SAB (PC)<br><br>ORDER & WRIT OF HABEAS CORPUS AD TESTIFICANDUM TO TRANSPORT MIGUEL TORRES, CDCR # V-15493, PLAINTIFF<br><br>DATE: June 6, 2019<br>TIME: 9:30 a.m. |
|---|---|

　　　　MIGUEL TORRES, inmate, CDCR #V-15493, a necessary and material witness on his own behalf in a settlement conference in this case on June 6, 2019, is confined at Kern Valley State Prison, 3000 West Cecil Avenue, Delano, CA 93216-6000, in the custody of the Warden. In order to secure this inmate's attendance, it is necessary that a Writ of Habeas Corpus ad Testificandum issue commanding the custodian to produce the inmate in Courtroom #8, 6th Floor, United States Courthouse, 2500 Tulare Street, Fresno, California on June 6, 2019, at 9:30 a.m.

　　　　**ACCORDINGLY, IT IS ORDERED that:**

　　　　1. A Writ of Habeas Corpus ad Testificandum issue, under the seal of this court, commanding the Warden to produce the inmate named above, **along with any necessary legal property**, to testify in United States District Court at the time and place above, and from day to day until completion of court proceedings or as ordered by the court; and thereafter to return the inmate to the above institution;

　　　　2. The custodian is ordered to notify the court of any change in custody of this inmate and is ordered to provide the new custodian with a copy of this writ.

### WRIT OF HABEAS CORPUS AD TESTIFICANDUM

**To: The Warden of Kern Valley State Prison**

　　　　**WE COMMAND** you to produce the inmate named above, **along with any necessary legal property**, to testify before the United States District Court at the time and place above, and from day to day until completion of the proceedings, or as ordered by the court; and thereafter to return the inmate to the above institution.

　　　　**FURTHER**, you have been ordered to notify the court of any change in custody of the inmate and have been ordered to provide the new custodian with a copy of this writ.

IT IS SO ORDERED.

Dated: __May 10, 2019__

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

