

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MIGUEL TORRES,<br><br>    Plaintiff,<br><br>v.<br><br>ISMAIL PATEL, et al.,<br><br>    Defendants. | Case No. 1:18-cv-00188-LJO-SAB (PC)<br><br>ORDER DISCHARGING WRIT OF HABEAS CORPUS AD TESTIFICANDUM AS TO INMATE MIGUEL TORRES, CDCR # V-15493 |

A settlement conference in this matter commenced on June 6, 2019. Inmate Miguel Torres, CDCR # V-15493 is no longer needed by the Court as a participant in these proceedings, and the writ of habeas corpus ad testificandum as to this inmate is HEREBY DISCHARGED.

IT IS SO ORDERED.

Dated: 6/6/19

UNITED STATES MAGISTRATE JUDGE

1