1

2

3

4

5

6

7

8

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

9

10

11

12

13

14

15

| | |
|---|---|
| MIGUEL TORRES., | ) Case No.: 1:18-cv-00188-LJO-SAB (PC) |
| Plaintiff, | ) |
| | ) |
| v. | ) ORDER DENYING PLAINTIFF'S MOTION TO COMPEL |
| | ) |
| ISMAIL PATEL, et.al., | ) [ECF No. 47] |
| | ) |
| Defendants. | ) |
| | ) |
| | ) |
| | ) |

16

17      Plaintiff Miguel Torres is appearing *pro se* and *in forma pauperis* in this civil rights action

18  pursuant to 42 U.S.C. § 1983.

19      Currently before the Court is Plaintiff's motion to compel, filed on April 23, 2020.  (ECF No.

20  23.)  Plaintiff seeks to compel Defendants to provide him a free copy of his deposition transcript.

21  Plaintiff's motion must be denied.

22      Defendants are not required to provide Plaintiff with a copy of his deposition transcript. See

23  Boston v. Garcia, No. 2:10-cv-1782 KJM DAD P, 2013 WL 1165062, at *2 (E.D. Cal. Mar. 20, 2013)

24  (denying plaintiff's request that the court order defendants to provide him with a copy of his

25  deposition transcript).  Moreover, Plaintiff cannot obtain a copy of his deposition transcript free of

26  charge through a request for production. See Joseph v. Parciasepe, No. 2:14-cv-0414 GEB ACP, 2016

27  WL 2743448, at *4 (E.D. May, 11, 2016) (denying motion to compel production of a free copy of a

28  deposition transcript).  Furthermore, although Plaintiff is proceeding *in forma pauperis*, " 'the

1

1    expenditure of public funds [on behalf of an indigent litigant] is proper only when authorized by

2    Congress.' " Tedder v. Odel, 890 F.2d 210, 211 (9th Cir. 1989) (quoting United States v. MacCollom,

3    426 U.S. 317, 321 (1976). The expenditure of public funds for deposition transcripts is not authorized

4    by the in forma pauperis statute or any other statute. See 28 U.S.C. § 1915.  Pursuant to Federal Rule

5    of Civil Procedure 30, a party may obtain a copy of the deposition transcript upon reasonable payment

6    of fees  from the officer before whom the deposition was taken—a court reporter or deposition officer.

7    See Fed. R. Civ. P. 30(f)(3); Clairborne v. Battery, No. CIV S-06-2919 FCD EFB, 2009 WL 530352,

8    at *3 (E.D. Cal. Mar. 3, 2009) (denying plaintiff's request for a court order directing the defendant to

9    provide him with a copy of his deposition transcript); Brown v. Castillo, No. CV F-02-6018 AWI

10   DLB, 2006 WL 1408452, at *1 (E.D. Cal. May 22, 2006) (same).  Accordingly, Plaintiff's motion to

11   compel Defendants to provide him a free copy of the deposition transcript is DENIED.

12

13   IT IS SO ORDERED.

14   Dated:   **June 26, 2020**

15                                                          UNITED STATES MAGISTRATE JUDGE

16

17

18

19

20

21

22

23

24

25

26

27

28